IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LIZZY JANE FRANCIS PLUG, Individually, as Next Friend of M.C., a minor, and on behalf of the Estate of Steven Craenmehr, deceased, and ELISABETH HENDRIKA SOPHIA MARIA SMIT, widow of M.G.H. Craenmehr and mother of Steven Craenmehr, Individually, Plaintiffs, v. SXSW HOLDINGS, INC. f/k/a SXSW INC., SXSW LLC f/k/a SXSW TRANSITION, LLC, PATRICK LOWE, TRAFFIC DESIGN CONSULTANTS LLC, and RASHAD OWENS, Defendants. | § § § § § § § § § § § § § § § § § § § | Case No. 1:15-CV-00322-LY |

## **STIPULATION**

Plaintiffs and Defendants SXSW Holdings, Inc. and SXSW LLC ("Defendants"), enter into this stipulation setting May 8, 2015 as the deadline for Defendants to answer or otherwise respond to the Plaintiffs' First Amended Complaint.

Dated:    May 1, 2015

                                                Respectfully submitted,

                                                GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
                                                401 Congress Avenue, Suite 2200
                                                Austin, Texas  78701
                                                (512) 480-5764
                                                (512) 536-9908 (Fax)
                                                pkennedy@gdhm.com
                                                celliott@gdhm.com

/s/ Peter D. Kennedy
Peter D. Kennedy
State Bar No. 11296650
Christopher L. Elliott
State Bar No. 06535400

**ATTORNEYS FOR SXSW HOLDINGS, INC. AND SXSW LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Scott Hendler
Hendler Lyons Flores, PLLC
1301 W. 25th Street, Suite 400
Austin, Texas  78705
512-439-3201
512-439-3200  FAX
shendler@hendlerlaw.com
Sean M. Lyons
slyons@hendlerlaw.com
Rebecca Ruth Webber
rwebber@hendlerlaw.com

Clem Lyons
Law Office of Clem Lyons, PC
126 Villita Street
San Antonio, Texas  78205
210-225-5251
210-225-6545  FAX
mdoege@clemlyonslaw.com

Brantley Ross Pringle, Jr.
Heidi A. Coughlin
Mike Thompson, Jr.
Wright & Greenhill, P.C.
221 W. 6th Street, Suite 1800
Austin, Texas  78701
512-476-4600
512-476-5382  FAX
rpringle@w-g.com

**Stipulation – Page 2**

and served by Regular U.S. Mail to the following who is not eligible to receive notification by the CM/ECF system:

> Rashad Owens – 1410051
> c/o Travis County Jail
> 500 W. 10th Street
> Austin, Texas  78701
> (via Regular U.S. Mail)

/s/ Peter D. Kennedy
Peter D. Kennedy
